KENNETH B. SPIRES, Respondent, v. WELLINGTON R. SPIRES, by HARMON SPIRES, His Guardian ad Litem, Appellant.—

All concur.

EDWARD J. CULVER, Appellant, v. FRANK WIGSTEN, Respondent.—

All concur.

PAUL J. DAVENPORT, an Infant, by CHARLES F. DAVENPORT, His Guardian ad Litem, Respondent, v. LOUIS FISCARELLI, Defendant, and JOHN VOGEL, INC., Defendant-Appellant. CHARLES F. DAVENPORT, Respondent, v. LOUIS FIS-CARELLI, Defendant, and JOHN VOGEL, INC., Defendant-Appellant.—

All concur.